IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CEDRIC A. MITCHELL                                                                                  PLAINTIFF

v.                                         Case No. 6:21-cv-6031

SHERIFF MIKE MCCORMICK,
Garland County, Arkansas, *et al.*                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 19, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 29. Judge Ford recommends that this case be dismissed based on Plaintiff's failure to comply with the Court's Local Rules and orders and failure to prosecute this case. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of December, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge